## DECLARATION OF KOREN D. EVANS

I, Koren D. Evans, under penalty of perjury, hereby declare as follows:

1. I am the Evidence Control Unit Supervisor for the Eugene, Oregon, Police Department. I have held that position since January 2018. Before that, I was the Acting-in-Capacity Police Data and Records Manager for just over three years. In that capacity, I supervised police records and information technology staff and handled high-level public records requests. I have been employed by the Eugene Police Department for almost 20 years.

2. As the Evidence Control Unit Supervisor, I supervise five evidence specialists and one evidence administrative specialist. I am familiar with record keeping practices in the Evidence Control Unit, as well as general police department record keeping practices.

3. At the request of Portland Police Bureau Detective Scott McCollister, I queried various sources to determine whether Donte Hunt or anyone else acting on his behalf claimed ownership of either of two cellular telephones – a black Apple iPhone and a white Apple iPhone – that were placed into evidence in Eugene Police case number 17-20264, or sought their return. I or another person acting at my request checked the following sources:

    a. The Evidence Control Senior Administrative Specialist checked the Evidence Control Unit's handwritten telephone logs.

      b.    I checked the Microsoft Teams "Planner" function, which the Eugene Police Department Evidence Control uses to forward messages to an evidence specialist for follow up.

      c.    I checked my Eugene city e-mail account, including the inbox, sent items folder, and deleted mail folder. I am on the distribution list for the Evidence Control Unit, an email group for the entire evidence unit. If something was sent to the evidence unit as a group, a copy would be in my email account.

4.    We used six different search parameters, including Mr. Hunt's name, the names Jessica Thompson, Riley Jones, PR Suebsang, and the case number variants 17-20264 and 1720264. The only communications we found was from law enforcement officers. There were no communications from Mr. Hunt or any of the other names listed above. To my knowledge, neither Mr. Hunt nor anyone else acting on his behalf ever contacted the Eugene Police Department to claim ownership of or to seek the return of either cellular telephone.

I hereby declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: March 22, 2022.

*Koren Evans*
Digitally signed by Koren Evans
Date: 2022.03.22 10:06:35 -07'00'

KOREN D. EVANS
Evidence Control Unit Supervisor
Eugene Police Department