## DECLARATION OF SCOTT McCOLLISTER

I, Scott McCollister, under penalty of perjury, declare and state as follows:

1.      I am a detective for the Portland Police Bureau, currently assigned to the Human Trafficking Unit. I have been a detective for approximately three years and a Portland Police officer for approximately 21 years. I am one of two case agents who are primarily responsible for a federal investigation into drug trafficking and firearm offenses committed by Donte Hunt. I have personal knowledge of the facts in this declaration.

2.      Donte Hunt was shot in Eugene, Oregon, on or about December 2, 2017. The shooting was investigated by the Eugene Police Department. According to their investigative reports, officers seized three Apple iPhones the night of the shooting: a white iPhone seized from Hunt's belongings at the hospital where he was being treated; a black iPhone officers found on the ground near where Hunt was shot; and a red iPhone seized from Rylie Jones, who said she was Hunt's girlfriend. All three phones were placed into evidence in the Eugene Police evidence facility.

3.      Our federal investigation focused on trafficking in counterfeit oxycodone pills in the Portland metropolitan area. The agencies involved in the federal investigation were the Portland Police Bureau, the Federal Bureau of Investigation (where I was and am still assigned as a task force officer), and Internal Revenue Service Criminal Investigation (IRS-CI). We also received some investigative assistance from the Drug Enforcement Administration. The Eugene Police Department was not involved in our federal investigation, nor were we involved in their state investigation into the shooting

**Declaration of Scott McCollister**                                    **Page 1**

of Donte Hunt. Hunt was a target of our federal investigation; he was the victim in the state shooting investigation.

4.      We were aware of the shooting in Eugene, and I included information about it in various warrant affidavits in the federal investigation, even though it was the subject of a separate state investigation. During our federal investigation, IRS-CI Special Agent Scott McGeachy and I learned that the Eugene Police had not searched any of the iPhones they seized the night Hunt was shot. We believed those phones could contain evidence of Hunt's drug trafficking activity pertinent to our federal drug investigation. On January 9, 2020, I applied for and obtained federal warrants to search each phone (District of Oregon case numbers '20-MC-22A, B, and C). That same day, Agent McGeachy and I executed those warrants and seized all three phones from the Eugene Police Department's evidence facility. We obtained and executed those warrants after serving numerous other search warrants in our federal investigation, including a search warrant at Hunt's Dekum Street residence in Portland, at which officers seized counterfeit oxycodone pills and three firearms.

5.      I placed all three phones into secure evidence storage at the Portland Police Bureau Detective Division. On January 22, 2020, I submitted all three phones to PPB's Digital Forensic Unit for data extraction. Detective Corey Stenzel of the Digital Forensic Unit was responsible for extracting data from the phones.[1] He successfully extracted data

---

[1] I submitted the phones to the Digital Forensic Unit on January 22 because Detective Stenzel was out of the office and unavailable to work on the phones before that date.

**Declaration of Scott McCollister**                                              **Page 2**

from the black iPhone and provided the data to me. I reviewed the data and wrote a report documenting what I found. My report is dated February 4, 2020.

6.    Detective Stenzel was not able to unlock the white iPhone or access any of the data contained on it. To my knowledge, no data has been successfully extracted from the white iPhone, although efforts to access the data continue.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 23, 2022.

SCOTT McCOLLISTER
Detective, Portland Police Bureau
Task Force Officer, FBI

**Declaration of Scott McCollister**                    **Page 3**